| | |
|---|---|
| JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney<br><br>BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division<br><br>DAVID R. CALLAWAY (CASBN 121782)<br>Assistant United States Attorney<br><br>150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5596<br>Facsimile: (408) 535-5066<br>E-Mail: david.callaway@usdoj.gov | FILED<br><br>2010 JAN 20  P 2: 14<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>N.D. CA. SAN JOSE |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES MORELAND,<br><br>  Defendant. | No. CR 93-20123 PVT<br><br>GOVERNMENT'S REQUEST TO DISMISS INFORMATION AND RECALL ANY OUTSTANDING WARRANTS ISSUED THEREON; ORDER [PROPOSED] |

COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing the above-captioned Information and recalling any outstanding warrants issued based on that Information. The facts supporting this request are as follows:

Defendant was charged by Information on November 15, 1993. The court's docket reflects no further activity. In view of the age of the case, and its status as a misdemeanor, the government respectfully asks the Court to dismiss the Information in the interests of justice, and to recall any outstanding warrants issued thereon.

//

Request to Dismiss Information; Order

Accordingly, the government respectfully requests that the above-captioned Information be dismissed and that any warrants issued thereon be recalled.

DATED: January 18, 2010

          Respectfully submitted,

          JOSEPH P. RUSSONIELLO
          United States Attorney

          DAVID R. CALLAWAY
          Assistant United States Attorney

## ORDER

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned Information is DISMISSED, and any warrants outstanding against this defendant are RECALLED.

          PATRICIA V. TRUMBULL
          United States Magistrate Judge

          1/19/2010